**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**EXCEL EVANS, III**                                                                                  **PLAINTIFF**
**ADC # 82557**

**V.**                           **NO. 2:07CV00134-JMM/BD**

**CORRECTIONAL MEDICAL SERVICES, et al.**              **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court: (1) GRANTS the Motion for Summary Judgment and Supplemental Motion filed by Defendant CMS (#28, 32) and DISMISSES WITHOUT PREJUDICE, all of Plaintiff's claims against CMS; (2) GRANTS IN PART the Motion for Summary Judgment and Supplemental Motion filed by Defendants Charlotte Green and Regina Hallmark (#28, 32) and DISMISSES WITHOUT PREJUDICE Plaintiff's claims related to his left foot but DENIES the Motion as to all other claims asserted by Plaintiff against Defendants Green and Hallmark; (3) GRANTS IN PART the Motion for Summary Judgment filed by Defendant Richard Clark (#41) and DISMISSES WITHOUT PREJUDICE Plaintiff's claims related to his left foot but DENIES the Motion as to all

other claims asserted by Plaintiff against Defendant Clark; and (4) DENIES Plaintiff's Motion for Summary Judgment (#47).

IT IS SO ORDERED, this 18th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE