**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**EXCEL EVANS, III**  PLAINTIFF
**ADC # 82557**

V.   NO. 2:07CV00134-JMM/BD

**CORRECTIONAL MEDICAL SERVICES, et al.**  DEFENDANTS

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court GRANTS the Motions to Dismiss filed by Separate Defendants Chiquita Davis, Elizabeth Higgins, and Cathy Perdew (#69 and #88). All claims against Separate Defendants Davis, Higgins, and Perdew are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 15th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE