IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EXCEL EVANS, III**                                                                           **PLAINTIFF**
**ADC # 82557**

**V.**                     **NO. 2:07CV00134-JMM/BD**

**CORRECTIONAL MEDICAL SERVICES,** *et al.*                         **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' Motion for Summary Judgment (docket entry #113) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 20th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE