IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EXCEL EVANS, III**                                                                            **PLAINTIFF**
**ADC # 82557**

**V.**                              **NO. 2:07CV00134-JMM/BD**

**CORRECTIONAL MEDICAL SERVICES,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 20th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE